PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
SAMUEL STEFANKI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Dec 15, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SEAN ARTHUR ROBINSON, <br><br> Defendant. | CASE NO. 2:22-cr-0252 JAM <br><br> SEALING ORDER |

The United States has submitted a petition seeking to seal the indictment, the underlying petition to seal, and this Order of the Court. The Court GRANTS the government's petition and ORDERS that the indictment, the petition to seal, and this Order of the Court shall remain sealed until the defendant is arrested or until further order of the Court.

Dated: December 15, 2022

_____
THE HONORABLE CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1