UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

> **FILED**
>
> December 19, 2022
>
> CLERK, US DISTRICT COURT
> EASTERN DISTRICT OF
> CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

   v.

  SEAN ARTHUR ROBINSON,

              Defendant.

Case No.  2:22-cr-00252-JAM

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

     This is to authorize and direct you to release  SEAN ARTHUR ROBINSON ,

Case No.  2:22-cr-00252-JAM , Charge 18 U.S.C. § 922(g)(1), from custody for the

following reasons:

        _____ Release on Personal Recognizance

       X   Bail Posted in the Sum of $ 50,000.00 _____

              _____ Unsecured Appearance Bond $ _____

              _____ Appearance Bond with 10% Deposit

                 X   Appearance Bond with Surety

              _____ Corporate Surety Bail Bond

              (Other): The defendant is to be released on 12/20/2023 at 9:00 a.m.

           X   and shall report directly to Pretrial Services for the installation of

              location monitoring equipment.

     Sacramento County Jail is further ORDERED to release the defendant with a

  X   30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on December 19, 2022 at 2:45 p.m.

_____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE