UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 20, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SEAN ARTHUR ROBINSON,<br><br>    Defendant. | Case No. 2:22-cr-00252-JAM<br><br>**AMENDED**<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  SEAN ARTHUR ROBINSON ,
Case No. 2:22-cr-00252-JAM , Charge 18 U.S.C. § 922(g)(1), from custody for the following reasons:

____ Release on Personal Recognizance

_X_ Bail Posted in the Sum of $ 50,000.00

____ Unsecured Appearance Bond $

____ Appearance Bond with 10% Deposit

_X_ Appearance Bond with Surety

____ Corporate Surety Bail Bond

____ (Other): The defendant is to be released on 12/20/2022 at 9:00 a.m.

_X_ and shall report directly to Pretrial Services for the installation of location monitoring equipment.

Sacramento County Jail is further ORDERED to release the defendant with a
_X_ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on December 20, 2022 at 8:45 a.m.

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE