COSCA LAW CORPORATION
CHRIS COSCA      CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
SEAN ARTHUR ROBINSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>SEAN ARTHUR ROBINSON,<br><br>    Defendant. | 2:22-CR-00252-JAM<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |

## **STIPULATION**

Pursuant to the recommendation of Pretrial Services, the parties hereto, through their undersigned counsel, hereby stipulate that defendant's Special Condition of Release #12 (ECF No. 19) be modified to read as follows: "**CURFEW**: You must remain inside your residence every day from 11:30 pm to 7:30 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court ordered obligations."

The parties further stipulate to remove Special Condition #10 that states:  You must report any prescriptions provided by a licensed medical practitioner to the pretrial services officer within 48 hours of receipt."

Respectfully submitted,

Dated:  January 3, 2023    /s/ Chris Cosca
                           CHRIS COSCA
                           Attorney for Defendant
                           SEAN ARTHUR ROBINSON

Dated: January 3, 2023     /s/ Justin Lee
                           JUSTIN LEE
                           Assistant US Attorney
                           Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERD.**

Dated:  January 4, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE