PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>           v.<br><br>SEAN ARTHUR ROBINSON,<br><br>                        Defendant. | CASE NO. 2:22-CR-00252-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 14, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff the United States of America, by and through its counsel of record, and defendant Sean Arthur Robinson, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on February 14, 2023.

2.  By this stipulation, the defendant now moves to continue the status conference until May 9, 2023, at 9:00 a.m., and to exclude time between February 14, 2023, and May 9, 2023, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)   The government has represented that the discovery associated with this case includes more than 300 pages of discovery, including images, witness statements, and DNA analysis. All of this discovery has been either produced directly to the defendant's counsel or made available for inspection and copying.

///

        b)     Counsel for the defendant desires additional time to review the current charges, consult with his client, conduct investigation and research related to the charges, review and copy discovery, discuss potential resolutions with his client, and otherwise prepare for trial.

        c)     Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     The government does not object to the continuance.

        e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 14, 2023, to May 9, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 6, 2023　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　　/s/ SAM STEFANKI
　　　　　　　　　　　　　　　　　　　　　　　　　SAM STEFANKI
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


Dated:  February 6, 2023　　　　　　　　　　　　　/s/ CHRISTOPHER COSCA
　　　　　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER COSCA
　　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　SEAN ARTHUR ROBINSON

**ORDER**

IT IS SO FOUND AND ORDERED this 7th day of February, 2023.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3