COSCA LAW CORPORATION
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
SEAN ARTHUR ROBINSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:22-CR-00252-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| vs. | ) **ORDER TO MODIFY PRETRIAL** |
|  | ) **RELEASE CONDITIONS** |
| SEAN ARTHUR ROBINSON, | ) |
| Defendant. | ) |

## STIPULATION

Pursuant to the recommendation of Pretrial Services, the parties hereto, through their undersigned counsel, hereby stipulate that defendant's Special Conditions of Release relating to curfew and location monitoring be removed (Special Conditions 11 and 12). The Government and Pretrial Services do not object to the removal of these conditions. In addition, all other conditions remain in full force and effect.

///

///

///

///

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: May 5, 2023 | /s/ Chris Cosca<br>CHRIS COSCA<br>Attorney for Defendant<br>SEAN ARTHUR ROBINSON |
| Dated: May 5, 2023 | /s/Samuel Stefanki<br>SAMUEL STEFANKI<br>Assistant US Attorney<br>Attorney for Plaintiff |

**ORDER**

**IT IS SO ORDERD.**

Dated: May 5, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE