1  COSCA LAW CORPORATION
   CHRIS COSCA     CA SBN 144546
2  1007 7th Street, Suite 210
   Sacramento, CA 95814
3  (916) 440-1010

4  Attorney for Defendant
   SEAN ARTHUR ROBINSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-00252-JAM |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| SEAN ARTHUR ROBINSON, | DATE: November 21, 2023 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff the United States of America, by and through its counsel of record, and defendant Sean Arthur Robinson, by and through his counsel of record, hereby stipulate as follows:

1. On the court's own motion, this matter was set for status on November 21, 2023. Defense counsel is unavailable on that date.

2. By this stipulation, the defendant now moves to continue the status conference until **December 12, 2023, at 09:00 a.m.**, and to exclude time between November 21, 2023, and December 12, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes more than 600 pages of discovery, including images, video footage, witness statements, and DNA analysis. All of this discovery has been either produced directly to the defendant's counsel or made available for inspection and copying.

   b) Counsel for the defendant desires additional time to review the current charges,

consult with his client, conduct investigation and research related to the charges, review and copy discovery, discuss potential resolutions with his client, and otherwise prepare for trial.

    c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

    d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 21, 2023, to December 12, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 30, 2023                    PHILLIP A. TALBERT
                                                    United States Attorney

                                                    /s/ SAM STEFANKI
                                                    SAM STEFANKI
                                                    Assistant United States Attorney

Dated: October 30, 2023                    /s/ CHRISTOPHER COSCA
                                                    CHRISTOPHER COSCA
                                                    Counsel for Defendant
                                                    SEAN ARTHUR ROBINSON

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: October 30, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE