PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:22-cr-00252-JAM |
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| SEAN ARTHUR ROBINSON, | DATE: December 12, 2023 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff the United States of America, by and through its counsel of record, and defendant Sean Arthur Robinson, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on December 12, 2023.

2.      By this stipulation, the defendant now moves to continue the status conference until **February 27, 2024, at 09:00 a.m.**, and to exclude time between December 12, 2023, and February 27, 2024, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes more than 600 pages of discovery, including images, video footage, witness statements, and DNA analysis.  All of this discovery has been either produced directly to the defendant's counsel or made available for inspection and copying.

b)      Counsel for the defendant desires additional time to review the current charges, consult with his client, conduct investigation and research related to the charges, review and copy discovery, discuss potential resolutions with his client, and otherwise prepare for trial.

c)      Additionally, counsel for the defendant anticipates preparing and filing a motion to suppress relevant evidence seized during the investigation of his client by law enforcement, and desires additional time to conduct factual and legal research before filing said motion.

d)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 12, 2023, to February 27, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  December 5, 2023                                   PHILLIP A. TALBERT
                                                          United States Attorney


                                                          /s/ SAM STEFANKI
                                                          SAM STEFANKI
                                                          Assistant United States Attorney


Dated:  December 5, 2023                                   /s/ CHRISTOPHER COSCA
                                                          CHRISTOPHER COSCA
                                                          Counsel for Defendant
                                                          SEAN ARTHUR ROBINSON


**ORDER**

IT IS SO FOUND AND ORDERED.


Dated: December 05, 2023              /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
                                      SENIOR UNITED STATES DISTRICT JUDGE