PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SEAN ARTHUR ROBINSON, <br><br> Defendant. | CASE NO. 2:22-cr-00252-JAM <br><br> **STIPULATION REGARDING BRIEFING SCHEDULE ON MOTION TO SUPPRESS; FINDINGS AND ORDER** <br><br> DATE: May 21, 2024 <br> TIME: 9:00 a.m. <br> COURT: Hon. John A. Mendez |

**STIPULATION**

1.     On April 30, 2024, defendant Sean Robinson filed a motion to suppress evidence and set it for a hearing on May 21, 2024. *See* Mot. to Suppress, ECF No. 44.

2.     By this stipulation, the United States of America and the defendant now move to reset the briefing and hearing schedule on the defendant's motion, as follows:

///

///

///

///

///

///

     a)    The United States's opposition to the defendant's motion shall be filed no later than **12:00 p.m. on May 20, 2024**;

     b)    The defendant's reply to the government's opposition shall be filed no later than **May 25, 2024**; and

     c)    A hearing on the defendant's motion shall be set for **June 04, 2024, at 9:00 a.m**.

IT IS SO STIPULATED.

Dated: May 9, 2024

PHILLIP A. TALBERT  
United States Attorney

/s/ SAM STEFANKI  
SAM STEFANKI  
Assistant United States Attorney

Dated: May 9, 2024

/s/ CHRISTOPHER COSCA  
CHRISTOPHER COSCA  
Counsel for Defendant  
SEAN ROBINSON

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 09, 2024

/s/ John A. Mendez  
THE HONORABLE JOHN A. MENDEZ  
SENIOR UNITED STATES DISTRICT JUDGE