COSCA LAW CORPORATION
CHRIS COSCA      CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
SEAN ARTHUR ROBINSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:22-CR-00252-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |
| vs. | ) |
| SEAN ARTHUR ROBINSON, | ) |
| Defendant. | ) |

## **STIPULATION**

Pursuant to the recommendation of Pretrial Services, the parties hereto, through their undersigned counsel, hereby stipulate that defendant SEAN ROBINSON's Special Condition of Release No. 5 (ECF 19) be modified to read as follows: "You must restrict your travel to the Eastern and Northern Districts of California, unless otherwise approved in advance by the pretrial services officer."

///

///

///

///

                                              Respectfully submitted,

Dated:  June 5, 2024                               /s/ Chris Cosca
                                                     CHRIS COSCA
                                                     Attorney for Defendant
                                                     SEAN ARTHUR ROBINSON

Dated: June 5, 2024                               /s/Samuel Stefanki
                                                     SAMUEL STEFANKI
                                                   Assistant US Attorney
                                                   Attorney for Plaintiff

## **ORDER**

**IT IS SO ORDERED.**

Dated:  June 5, 2024

                                                   CAROLYN K. DELANEY
                                                   UNITED STATES MAGISTRATE JUDGE