PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN ARTHUR ROBINSON,<br><br>Defendant. | CASE NO. 2:22-cr-00252-JAM<br><br>**STIPULATION REGARDING SENTENCING; ORDER** |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Sean Robinson, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 7, 2025.

2. By this stipulation, the parties now move to re-set the matter for sentencing on **February 25, 2025, at 9:00 a.m.**

3. Counsel for the defendant required more time than previously anticipated to prepare for the presentence interview, which was scheduled to occur on December 17, 2024. Additionally, both parties desire additional time to prepare to litigate various issues relating to the sentencing hearing, including the application of the defendant's criminal history.

4. Accordingly, the parties respectfully request that the Court reset the sentencing briefing schedule as follows:

      a)     A draft Presentence Investigation Report (the "PSR") shall be filed on or before January 21, 2025;

      b)     Informal objections to the draft PSR shall be submitted to the assigned probation officer on or before February 4, 2025;

      c)     Formal objections to the PSR shall be filed on or before February 11, 2025;

      d)     Responses to any formal objections to the PSR shall be filed on or before February 18, 2025; and

      e)     Sentencing memoranda shall be filed on or before February 18, 2025.

5.    Counsel for the government conferred with the assigned probation officer regarding the above schedule, and the assigned probation officer registered no objection to it.

IT IS SO STIPULATED.

Dated: December 16, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated: December 16, 2024

/s/ CHRISTOPHER COSCA
CHRISTOPHER COSCA
Counsel for Defendant
SEAN ROBINSON

## ORDER

This matter is hereby RESET for judgment and sentencing on **February 25, 2025, at 9:00 a.m.** The Court hereby ADOPTS the revised briefing schedule set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated: December 18, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE