1  MICHELE BECKWITH
   Acting United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-00252-JAM |
| 12              Plaintiff, | **STIPULATION REGARDING SENTENCING; ORDER** |
| 13       v. | |
| 14  SEAN ARTHUR ROBINSON, | |
| 15              Defendant. | |

16

17                              **STIPULATION**

18       Plaintiff United States of America (the "government"), by and through its counsel of record, and

19  defendant Sean Robinson, by and through his counsel of record, hereby stipulate as follows:

20       1.    By previous order, this matter was set for sentencing on February 25, 2025.

21       2.    By this stipulation, the parties now move to re-set the matter for sentencing on March 11,

22  2025, at 9:00 a.m.

23       3.    The draft Presentence Investigation Report (the "PSR") issued on January 27, 2025. Both

24  parties desire a short window of additional time to prepare to litigate—or, alternatively, reach an

25  agreement regarding—various issues relating to the PSR and the sentencing hearing, including the

26  application of the defendant's criminal history.

27       4.    Accordingly, the parties respectfully request that the Court reset the sentencing briefing

28  schedule as follows:

     a)    Informal objections to the draft PSR shall be submitted to the assigned probation officer on or before February 11, 2025;

     b)    The final PSR shall be filed on or before February 18, 2025;

     c)    Formal objections to the PSR shall be filed on or before February 25, 2025; and

     d)    Responses to any formal objections to the PSR, as well as sentencing memoranda, shall be filed on or before March 4, 2025.

5.    Counsel for the defendant conferred with and obtained the consent of the assigned probation officer to the above schedule.

IT IS SO STIPULATED.

Dated: February 4, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated: February 4, 2025

/s/ CHRISTOPHER COSCA
CHRISTOPHER COSCA
Counsel for Defendant
SEAN ROBINSON

### ORDER

This matter is hereby **RESET** for judgment and sentencing on **March 11, 2025, at 9:00 a.m.** The Court hereby **ADOPTS** the revised briefing schedule set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated: February 05, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE